425 55 9258

CHANGE OF ADDRESS          Change of Phone #
                           (757) 270-3484

1011 Hillside Ave
Norfolk VA 23503

to

233 W 25th street APT 3
Norfolk VA 23517



FILED
NOV 29 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA