MELVIN FRAZIER JR
DOB 6/5/82
SN 425 55 9258

I WANT DISMISAL OR close case

OF the Following:

Frazier Vs OBAMA 2:21-cv-00533-AWA-LRL

Frazier Vs space X 2:21-cv-00534-AWA-LRL

Frazier Vs Estevez 2:21-CV-00538-AWA-LRL

Frazier vs Austin 2:21-cv-00539-AWA-LRL

Frazier, Vs, Kirk 2:21-cv-00431-AWA-LRL

Frazier Vs NASA 2:21-cv-00529-AWA-LRL

MELViN FRAZiER JR

        DOB 6/5/82

        SN 425 55 9258

I want Dismissal or close case

of the following:

Frazier Vs OBAMA 2:21-cv-00533-AWA-LRL

Frazier Vs spaec X 2:21-cv-00534-AWA-LRL

Frazier Vs Estevez 2:21-CV-00538-AWA-LRL

Frazier vs Austin 2:21-CV-00539-AWA-LRL

Frazier, Vs, Kirk 2:21-cv-00431-AWA-LRL

Frazier V NASA 2:21-cv-00529-AWA-LRL

FILED

NOV 29 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

