UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MELVIN FRAZIER, JR.,**

        Plaintiff,

**v.**

        Civil No. 2:21cv534

**SPACEX,**

        Defendants.

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Plaintiff's Motion to Voluntarily Dismiss, ECF No. 5, is **GRANTED**, and this action is hereby **DISMISSED**.

DATED: 12/15/2021        FERNANDO GALINDO, Clerk

        By     /s/
        E. Price, Deputy Clerk